UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

UNITED SCHOOLS, INC.,                    Case No. 8:89-8194-881
                                         Chapter 11
Debtor.

NOTICE OF FILING OF UNCLAIMED FUNDS

Debtor, **UNITED SCHOOLS, INC.**, by and through its undersigned attorney, hereby files its Notice of Filing of Unclaimed Funds Funds and states:

1.  On September 1, 2015, (Docket Number 61 1), Debtor's filed its Trustee's Request for Instructions as to Final Disposition of Funds from Irrevocable Trust.

2.  On December 3, 2015 this Court entered its Order (Docket Number 617) granting Debtor's request for Instructions as to deposit of unclaimed funds held by Bank of America as Trustee of United Schools Irrevocable Trust Agreement.

3.  The said Order required the deposit of unclaimed funds with the Clerk of the US Bankruptcy Court by January 3, 2016.

4.  On December 29, 2015 Debtor filed a Motion to Extend Time to deposit unclaimed funds until January 14, 2016 (Docket Number 619).

5.  On January 6, 2016, the Court entered an Order (Docket Number 620) extending the time to deposit unclaimed funds until January 14, 2016.

6. Debtor has filed with the Clerk of the US Bankruptcy Court a check from Bank of America as the Trustee of the United Schools Irrevocable Trust in the amount of $944,123.77.

7. Debtor has attached a summary of the unpaid claimants with their last known address and amount of claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to the **U.S. TRUSTEE**, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602. There are no creditors in this case to require a matrix mailing.

THOMAS C. LITTLE, P.A.

/s/Thomas C. Little

**THOMAS C. LITTLE, ESQUIRE**
2123 N.E. Coachman Road, Suite A
Clearwater, Florida 33765
(727) 443-5773
Florida Bar Number 238783
janet@thomasclittle.com

UNITED SCHOOLS, INC. REGISTRY OF CANNOT PAY OR CHECKS NOT CASHED

| CLAIM NO. | AMOUNT OF ALLOWED CLAIM | NAME OF CLAIMANT | C/O | ADDRESS 1 | CITY | STATE | ZIP CODE | RESPONSE REC'D DATE | MAILING RECEIPT STATUS | PRIOR W-9 ON FILE YES/NO | CAN PAY YES/NO | CHECK STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 391 | $447.44 | Albert C. Mims | | 3972 Glanzman Drive | Chattanooga | TN | 37411 | 17-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1720 | $1,258.00 | Albert G. Mims | | 2204 Hutchison St. | Ft. Worth | TX | 76105 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 897 | $2,050.00 | Alonzo L. Denver | | P.O. Box 40595 | Lubbock | OH | 45099 | 22-Dec-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1954 | $2,525.00 | Alta G. Wiener | | 13701 W. Rim Dr., #1412 | Euless | TX | 76040 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 677 | $417.20 | Amy Sherwood | | 2150 C. Benoint Pl. | Palm Harbor | FL | 34683 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 2020 | $985.72 | Andrew J. Welch | | 9680-115th Ave. N. Apt. D | Pinellas Park | FL | 34666 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1437 | $1,298.00 | Anita L. Fuelle | | 3047 Sunnyvale | Dallas | TX | 75216 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1256 | $2,489.00 | Anthony P. Fulch | | 1107 Gettysburg Place | Atlanta | GA | 30350 | 20-Dec-13 | Return to Sender | Y | N | N/A – no check mailed |
| 839 | $2,274.74 | Art Panzajlan | | 1913 Wentborough Lane | Safety Harbor | FL | 34695 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1037 | $3,437.20 | Arthur Henry Fisher | | Rt. 1 Box 220 | Cell | TX | 76033 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 862 | $304.15 | Arvin D. Davis | | 6503 State #3 | Daphne | MI | 48932 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 2196 | $2,675.00 | Aubrey R. Kinney | | 16732 Boponilla E. #1&1 M | Granbury | TX | 76048 | 11-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 291 | $2,180.76 | Barnett, Bohl, Kirkwood, Long & Melldin | | 661 Rayshore Boulevard | Tampa | FL | 33606 | | No Response Received | Y | N | N/A – no check mailed |
| 1537 | $998.24 | Bernie Brown | | 5225 W. Montrose, L113A | N. Charleston | SC | 29418 | 16-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1129 | $340.72 | Bay Rapid Truck Sales, Inc. | | P.O. Box 16243 | Tampa | FL | 33687 | 27-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1403 | $1,423.76 | Bart Couseth | | 858 N. 100 W. | Logan | UT | 84321 | 13-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1024 | $1,972.78 | Beverly Krumpelmann | | 9700 E. 4100 W. | Oakley | ID | 84404 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 2216 | $1,744.10 | Bill G. Gilroy | | 227 Madrone | Twin Falls | ID | 83301 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1982 | $2,672.78 | Bill Lewis Roberts, Jr. | | P.O. Box 10 | Clam Morgan | WV | 21647 | 26-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 138 | $2,522.00 | Billie Ruth Lucas | | P.O. Box 64 | Lampuse | WV | 26270 | 13-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1704 | $2,075.00 | Billy J. Grimes | | 4746 P. Skyline Dr. #73 | Roswell | GA | 45320 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 143 | $2,300.70 | Bobby J. Rivers | | 2904 Ct. Rt. 86 | Greenville | SC | 29607 | 22-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1946 | $25.00 | Bobby Joe Rathos | | 12 Charlotte St. | Fairfield | OH | 75040 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 87 | $447.72 | Brandon Factory Co. | | Rt. 2 Box 655 | Riverton | FL | 33511 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 2333-2 | $2,450.50 | Brett Fitzpatrick | | P.O. Box 778 | Fostoria | PA | 18042 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 11 | $2,000.00 | Bromman Land Company, Inc. dba La Quinta Motor Inn | | S.R. 2nd St., Apt. 403 | Cincinnati | OH | 47246 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1635 | $1,313.00 | Bruce D. Epps | | 11325 Cheshire Road | Oakley | OK | 32091 | 13-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 2765 | $2,410.01 | Bruce R. Stojkovich | | 1072 Bullen Rd. | Lawton | OK | 73501 | 13-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 744 | $505.50 | C. Communication System | | H2 32 Spa 850 | New York | NY | 10010 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 306 | $1,045.00 | Calvin E. Collier | | 1093 Broadway | Glennville | GA | 30427 | 17-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1250 | $0.00 | Calvin Pillot | | Rt. 9, Box 85 | Monroe | LA | 71202 | 2-Dec-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1901 | $2,017.70 | Calvin Eugene Rourke | | 4905 Dunlop Ct. | Panty Branch | SC | 29916 | 8-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 279 | $126.00 | Calvin Williams, Jr. | | P.O. Box 31 | Cleveland | OH | 44101 | 13-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1577 | $917.22 | Carl David Thornton | | P.O. Box 6516 | Reedsthewne | MD | 29681 | 8-Dec-13 | Return to Sender | Y | N | N/A – no check mailed |
| 451 | $2,290.75 | Carl Graham, Jr. | | 115 F. Chippewa, 4-4 | Lorain | OH | 44051 | 13-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 41 | $1,045.00 | Carl M. Rijns | | 1001 West Pine Ave., Apt. 101 | Green Bay | WI | 54304 | 12-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1095 | $1,400.07 | Carl T. Smith | | 1161 S. Taylor Ct. | Richmond | IN | 46374 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 2224 | $985.72 | Carl Tobee | | P.O. Box 7725 | Town Creek | AL | 26072 | 13-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 2240 | $3,886.75 | Carlos Mafea | | P.O. Box 778 | Enterprise | AL | 36330 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 897 | $985.72 | Carol L. Cornet | | 2100 McGhee Pt. | Pensacola | FL | 32526 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1941 | $2,025.00 | Catherine L. Thornton | | 3105 Klinn Dr. | Mesa | AZ | 85204 | 8-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1054 | $1,045.00 | Charles Botts | | 1324 W. Main, #74 | Calhoun | KY | 42358 | 21-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 464 | $517.20 | Charles E. Mitchell | | Roseville Rd., Box 424 | Dade City | FL | 33525 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1683 | $2,245.00 | Charles R. McDowell | | P.O. Box 1864 | Mather | GA | 30429 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 918 | $1,053.41 | Charles Smith | | P.O. Box 877 | Zephyrhills | FL | 33541 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1700 | $545.72 | Charles T. Stimpson | | 87247 N. Lake Dr. | Fort Lauderdale | FL | 33311 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1101 | $10.00 | Charles Wright, Jr. | | 1406 NW 19th Terr. | Darlington | DC | 29020 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 24 | $3,107.74 | Chent C. McPherson | | 135 Blackbunker Ct. | Palm Harbor | FL | 34684 | | No Response Received | Y | N | N/A – no check mailed |
| 1208 | $1,045.00 | Cheryl A. Thatcher | | 903 Valley View Circle | Circleville | OH | 43113 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1206 | $455.00 | Chris Kitchener | | 17227 Ch. Rt. 56 East | Decatur | GA | 30005 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1484 | $1,853.10 | Christine M. Venkovsky | | 2455-C Viewlerr Chaper Rd. #186 | Cleves | OH | 45002 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 13 | $814.42 | Cincinnati Bell Telephone Company | | 7295 Buena Vista Dr. | Cincinnati | OH | 45202 | 14-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 907 | $2,287.15 | Clair F. Brenner, Jr. | | P.O. Box 787 | Pittsburgh | PA | 15236 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 1703 | $100.00 | Clarence L. Turner | | 100 Chelsea Blvd. | Savannah | GA | 31401 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 941 | $181.90 | Claude Crittendon | | 606 Adoniston St., Apt. 14-B | Montgomery | AL | 30117 | 29-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |
| 917 | $1,822.76 | Columbia Oil Co. | | 6600 Carmichael #1013 | Hamilton | OH | 45012 | 15-Nov-13 | Return to Sender | Y | N | N/A – no check mailed |

JANNCO SCHOOLS, INC. REGISTRY OF CANNOT PAY OR CHECKS NOT CASHED

| CLAIM NO. | AMOUNT OF ALLOWED CLAIM | NAME OF CLAIMANT | C/O | ADDRESS 1 | CITY | STATE | ZIP CODE | RESPONSE DATE RECVD | MAILING RECEIPT STATUS | PRIOR W-9 ON FILE Y/ES/NO | CAN PAY Y/ES/NO | CHECK STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1373 | $1,673.75 | Dorrin C. Cotter | | P.O. Box 405 | Waco | GA | 30182 | 17-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 931 | $700.01 | Cinnamon Washington Ctr, Inc. | | 10550 Northpark Blvd. | Charlotte | NC | 28216 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1059 | $5,000.00 | Clyde J. Howlett | | 900 Country Club Dr., #F202 | Mason | OH | 45050 | 8-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1516 | $917.70 | Debra Olive | | 657 SW 93rd, Apt. 107 | Oklahoma City | OK | 73139 | 21-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 176 | $1,673.75 | Daniel L. Iknes | | 1100 Fairmont Dr. Apt. A-13 | Clinton | MO | 20094 | 20-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 14R3 | $917.70 | Denny D. Holmes | | Rt. 1, Box 127-A | Glen Fenton | WV | 20038 | 17-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 42 | $5,098.75 | Darryl J. McVay | | 9535-C McCullough Cir | Ft. Carson | CO | 80913 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 21 | $433.75 | Dale Dignelle, Inc. | | 11103 Lakeford Drive | Duluth | GA | 30097 | | No Response Received | Y | N | N/A - no check mailed |
| 1148 | $1,713.46 | David A. Cohelll | | 605 Lee Rd. | Rochester | NY | 14606 | 18-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1514 | $917.70 | David Dietheim[ll] | | Rt. 1 Box 98 | Pennsboro | WV | 26415 | 20-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 40 | $1,549.75 | Dane Robinson | | 22310 Telegraph Rd. | Southfield | MI | 48034 | 3-Oct-13 | Return to Sender | Y | N | N/A - no check mailed |
| 935 | $917.70 | Dennis Wayne Thayer | | P.O. Box 5481 | Boise | ID | 83707 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 477 | $1,200.50 | Dianne Newton | | 507 1/2 Carolina Ave. | Williamstown | WV | 26187 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1482 | $440.00 | Donald E. Clay | | 595 Clifford Ave. | Akron | OH | 44320 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1450 | $700.00 | Diane Office Supply Co. | | 27780 W. Milgate | Casa Grande | AZ | 85222 | 17-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1982 | $1,700.75 | Donald E. Clay | | P.O. Box 402 | Hill City | SD | 57745 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1329 | $917.70 | Debra A. Traut | | P.O. Box 405 | Biltmore | NC | 28404 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2010 | $8,457.87 | Delia E. Leinenberger | | 429 Co. Rd. 16 | Millbrook | AL | 36054 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 11027 | $5,046.00 | Donald Good | | 1921 Taylor Town Rd. | Manfield | OH | 44901 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 44R6 | $1,035.10 | Donald B. Vankovsky | | 12375 Ramey Hill Rd., Apt. 5 | Conway | AR | 72032 | 3-Oct-13 | Return to Sender | Y | N | N/A - no check mailed |
| 670 | $3,246.00 | Dennis L. Bilitinsky | | 258 E. Walnut St. | Nazareth | PA | 18074 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 19R | $900.82 | Derrick Uden | | 705A Thames Vista Dr. | Chevey | OH | 43605 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1042 | $20.09 | Donald W. Smith, Jr. | | P.O. Box 112 | Lees City | OH | 43755 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1601 | $909.21 | Denise M. Preston | | 19831 Peterson Dr. | Jesthibulle | OH | 44004 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1C3 | $24,111 | Donna Swenson | | 29559 Baxilla Boulevard, #927 | Clearwater | FL | 24624 | 2-Apr-14 | Return to Sender | Y | N | N/A - no check mailed |
| R14 | $1,045.00 | Donald L. Carver | | 3173 Greenbergreen Rd. | Gatineello | NC | 27608 | 21-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 195R | $1,552.50 | Duane M. Redling | | 1741 Welchwood Circle, #27D | Indianapolis | IN | 46260 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2028 | $417.02 | Del R. Powers | | 1051 Tindall | Danhi | KS | 67401 | | No Response Received | Y | N | N/A - no check mailed |
| 1216 | $5,276.76 | Eddie O. Dunean | | 1349 Hill Dr., Lot 216 | Radcliff | KY | 40160 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1047 | $3,046.00 | Edgar D. Thomas, Jr. | | P.O. Box 797 | Jones | OK | 73049 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1907 | $3,046.00 | Edward A. Gillman | | Evergreen #57, 2206 N. Florida Ave. | Alamogordo | NM | 88310 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 905, 1358 | $7,422.33 | Edward M. Williams | | 65 E. Drive, P.O. Box 1311 | Starkville | MS | 39760 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 204 | $3,046.00 | Elmira Stewart | | 313 N. Blvd. | McComb | MS | 39648 | 9-Dec-13 | Return to Sender | Y | N | N/A - no check mailed |
| 20R | $965.75 | Eric Garcia | | 2201 Mt. Read Blvd. | Rochester | NY | 14815 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 322 | $340.50 | Fred W. Hall Dr. | | 214 N. Perrin St. | Johnson City | TN | 37604 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1059 | $3,221.11 | Frank C. Konopak | | P.O. Box 305 | Clanton | AL | 36010 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1056 | $840.22 | Falcia Mae Ferrin | | Rt. 1, Box 112A | Glen Easton | WV | 26039 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1530 | $8,000.00 | Frank N. Mathis, Jr. | | 2950 Thousand Oaks Blvd, Ste 1160 | Memphis | TN | 38118 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1602 | $917.70 | Franklin Garrett | | 1211 Bell Rd, Apt. 202 | Antioch | TN | 37013 | 20-Mar-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1649 | $917.70 | Fred L. Holmes | | 1311 N. Verbhire Blvd, #214 | Tampa | FL | 33007 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 44R | $90,059.00 | Federal Express Corp. | | Rd. #1, Box 1370 | Stephield | PA | 17095 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 241 | $915.75 | Floyd R. Cooper, III | | 8859 Kings Oaks Ct. | Brandon | FL | 33511 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 14R, 381 | $4,391.44 | Ford Motor Credit Company | | 6164 Warrensville Center Rd., #8 | Maple Heights | OH | 44137 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 612 | $1,200.73 | Forest C. Lendle, Jr. | | P.O. Box 305 | Centerville | MD | 34651 | 25-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 841 | $472.13 | Frank Traum | | 1314 Millner Lane | Sylacauga | AL | 35140 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 19R | $1,705.77 | Fred L. Otlis | | 11310 Whitebluff Rd., Apt. C-3 | Savannah | GA | 31416 | 18-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 274 | $1,844.00 | Fred Pierre, III | | #13 Plaza Dr. | Christeville | OH | 43113 | 10-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1R | $5,046.00 | Frederick D. Brean | | 1117 S. 23rd Dr. | Temple | TX | 76504 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 791 | $342.77 | Fruehauf Trailer Corp. | | 29589 Central Park Blvd. | Southfield | MI | 48076 | 16-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 11R7 | $5,00 | Gary Bowyer | | P.O. Box 660 | Elwerts | FL | 32400 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 624 | $700.00 | Gary Edward Stachiu | | 6950 Ginarm Rd. | North Olmsted | OH | 44070 | 21-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 449 | $2,234.26 | Gary A. Ralber | | Rt. 2 Box 70 | Pitkin | LA | 70856 | 8-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 47R1 | $1,200.75 | George A. Hott, Jr. | | P.O. Box 1177 | Palm Valley | CA | 95840 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1255 | $1,314.30 | George D. Tomphine | | 1305 86th Valley | San Antonio | TX | 78216 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1841 | $917.70 | George W. Morrison | | Rt. 3, Box 104 | Tellico Plaines | TN | 37385 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1190 | $5,00 | Gerald P. Kunz | | P.O. Box 4095 | Beaufort | SC | 29903 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 404 | $1,045.00 | Gerald William | | 3425 N. 40th | Kansas City | KS | 66104 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |

JWD SCHOOLS, INC. REGISTRY OF CANNOT PAY OR CHECKS NOT CASHED

| CLAIM NO. | AMOUNT OF ALLOWED CLAIM | NAME OF CLAIMANT | C/O | ADDRESS 1 | CITY | STATE | ZIP CODE | RESPONSE REC'D DATE | MAILING RECEIPT STATUS | PRIOR W-9 ON FILE Y/N/NO | CAN PAY Y/N/NO | CHECK STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | $250.00 | Ginger Plueshier | | P.O. Box 1334 | Altoona | FL | 32702 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1170 | $917.70 | Glen E. Hanson | | 610 Deerbrook Ave. | Daytona Beach | FL | 32118 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1334 | $1,043.00 | Gordon G. Acord | | 40 West Stadium Dr. | Springfield | OH | 45506 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1512 | $3,906.20 | Harry Provner, Jr. | | Fisherman #67, 2200 N. Florida Ave. | Alamogordo | NM | 88310 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 320 | $1,028.80 | Harry Rounds | | 10151 Rentfield Dr. | Port Richey | FL | 34668 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1146 | $1,299.76 | Hector Manuel DeJesus | | 4100 N. 26th Lane, Apt. #4 | McAllen | TX | 78501 | 18-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1759 | $3,222.00 | Henry Frank Pitts | | 14141 Carver Ct. | Greenwell Springs | LA | 71109 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1404 | $1,294.75 | Henry Franks Jr. | | 1021 E. Tucker, #108 | Fort Worth | TX | 76104 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1084 | $5.00 | Herbert F. Tate | | Route 2, Box 570 | Tunkhannock | VA | 22560 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2273 | $7,046.81 | Herbert F. Thurm | | 1204 Depth Climb | Dallas | TX | 75211 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 290 | $2,498.00 | Homer T. Liberty, III | | 4424 Hampshire | Ft. Worth | TX | 74103 | 21-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1194 | $1,073.75 | Howard F. Liberty, III | | 190 Beaver St. (Rear) | New Brighton | PA | 15066 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1651 | $898.72 | Hugh W. Lusby Jr. | | P.O. Box 1431 | Alamogordo | NM | 88311 | 18-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 154 | $94.32 | Ingrid Blauther | | 11 Kenwood Avenue | Clearwater | FL | 34615 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1545 | $1,073.75 | Ivery C. Rowens | | Rte. 1, Box 42A | Chipwell | GA | 31036 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1096 | $4,395.00 | Jacqueline Guthrie | | P.O. Box 597, 318 N. Colfax St. | Felicity | OH | 45120 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2251 | $2,670.60 | James A. Miller | | 2479 Riverbend, Lot #8 | Pigeon Forge | TN | 37863 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1855 | $292.50 | James D. Crenshaw | | 291 W. Sherrill Lane, At-44 | Renwell | MO | 64701 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1140 | $25.00 | James D. Everett, Jr. | | P.O. Box 1019 | Waynesboro | VA | 26007 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1087 | $2,437.50 | James F. Frazier | | 13877 Kapunahi Drive | Thebed | VA | 24202 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 323 | $1,043.00 | James H. Roberts | | 1747 Outley Rd. | Valdosta | GA | 31601 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 21h | $1,043.00 | James J. Ryan | | Box 374 | Meridian | OK | 73010 | 11-Dec-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1027 | $696.29 | James M. Dillard | | P.O. Box 1013 | Tulia | OK | 73038 | 20-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 136 | $138.42 | James F. Kelley | | 107 Bitinger Call Off Rd. | Columbus | MD | 24659 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2201 | $1,043.75 | Jay F. Miller | | 2524 Westhyena Avenue | Palm Harbor | FL | 34683 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2160 | $300.40 | Jeffrey Carter | | Rt. 2, Box 787 | Ashville | AL | 35953 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1944 | $4,118.00 | Jeffrey Chaplin | | P.O. Box 543 | Chimopolis | AL | 36720 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2180 | $1,043.00 | Jeffrey W. Ripplin | | 1301 Heritage | Round Rock | TX | 78654 | 16-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 147 | $1,043.00 | Jerry D. Miller | | 1776 Norton Ave., N-5 | Norton | OH | 44203 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 459 | $1,043.45 | Jessie J. Brooks | | P.O. Box 713 | Sheridan | TX | 77478 | 9-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 21h | $1,007.20 | Jessie J. Turner | | 20202 Perspectly Ct. | Canyon Valley | LA | 71014 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1746 | $917.70 | Jimmy Andrew Chrystk Jr. | | 4457 Terry Loop | Jackson | MO | 39213 | 8-Dec-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1912 | $4,395.00 | Jimmy R. Tally | | Rt. 2, Box 242 | New Port Richey | FL | 34652 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 911 | $409.01 | John F. Buchanan | | 704 Meadows Drive | Trenton | GA | 30752 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2310 | $2,440.40 | Joe Stewart | | 650 Box River Blvd., #10 | Ft. Walton Beach | FL | 32548 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 373, 910-990, 1920 | $3,747.25 | John Ranh | | 4750 S. Dixie Hwy. | Franklin | OH | 45005 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1770 | $1,420.00 | John D. Dodson | | P.O. Box 000744 | Townsend | AL | 35403 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2176 | $917.70 | John H. Skinner | | Route 2, Box 674-K | Pinewood | SC | 29125 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2011 | $1,043.00 | John P. Hoopland | | Rt. 3, Box 194 | Bellwood | MD | 39004 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 174 | $3,462.72 | John Pope | | 14505 Newport Road | Crestwater | FL | 34024-704? | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1477 | $917.70 | John V. Pannell | | 1718 Woods Run Ave. | Pittsburgh | PA | 15212 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 302I | $1,043.00 | John W. Robinson | | 7470 Blue Cir. Rd. | Orient | OH | 43084 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1511 | $292.07 | John Wech | | RR 4 Box 340 | Abolyn | FL | 32011 | 10-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1950 | $1,043.00 | Johnny R. Wright | | P.O. Box 1167 | Canadian | TX | 79014 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 227 | $1,043.00 | Johnson G. Adams | | 4213 Strathmoor Dr., #0 | Montgomery | AL | 36110 | 2-Dec-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1597 | $2,540.00 | Joy Cook | | 210 N.E. 9th Ave. | Cape Coral | FL | 33904 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 147 | $42.91 | Karen Edwards | 995 F. Lever | 1306 E. Patrick | Rexton | KS | 67401 | No Response Received | N | N/A - no check mailed |
| 774 | $1,695.00 | Kathy A. Fennell | | 20201 Bivd Ct. | Joplin | MO | 64804 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1934 | $250.00 | Katie Lee Tristar | | 3732 Tuler Ln. | Bloomington | IN | 47403 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1502 | $1,043.00 | Kathy R. Callunes | | Rt. 7, Box 177A | Pentatos | MS | 38863 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2204 | $440.00 | Kenneth A. Thompson | | Rt. 1, Box M. | Pembroke | GA | 31321 | 10-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2232 | $917.70 | Kenneth A. Whitmill | | 4015 Weeton Rd., #9R | Flint | MI | 48506 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 98 | $721.25 | Kenneth B. McLaughlin, Jr. | | Rt. 2 Box 5423 | Terra Alta | WV | 20764 | 18-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1470 | $1,300.00 | Kenneth E. Mackey | | 1322 Gulfview Dr., #4 | Sequoyuille | TX | 75105 | 9-Dec-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1692 | $333.96 | Kenneth G. Faher | | 1105 Calhoun St., #172 | Mobile | AL | 36004 | 15-Dec-13 | Return to Sender | Y | N | N/A - no check mailed |
| 194, 2320-0 | $2,350.00 | Kenny James | | 15400 Craigher | Boise | ID | 83704 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1407 | $2,250.00 | Kent Prouttn | | 12415 TWP. 444 | Warsaw | OH | 43844 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |

# UNITED SCHOOLS, INC. REGISTRY OF CANNOT PAY OR CHECKS NOT CASHED

| CLAIM NO. | AMOUNT OF ALLOWED CLAIM | NAME OF CLAIMANT | C/O | ADDRESS 1 | CITY | STATE | ZIP CODE | RESPONSE REC'D DATE | MAILING RECEIPT STATUS | PRIOR W-9 ON FILE Y/N | NO PAY Y/N | CAN Y/N | CHECK STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 765 | $691.70 | Kyle Deldonnutre | | 2445 Columbus-Lancaster Rd., Lot 215 | Lancaster | OH | 43130 | 30-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 787 | $10,430.20 | La Quinta Motor Inn | | 1155 Chester Rd. | Cincinnati | OH | 45246 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 061 | $113.00 | Laminack Tile Terrace, Inc. | | P.O. Box 600 | San Antonio | TX | 78292 | 11-Dec-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 2297 | $2,885.00 | Lanny Egerman | | Rt. 2 Box 15-D | Rockwall | TX | 75087 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1022 | $1,240.40 | Larry D. Russ | | P.O. Box 24045 | Columbia | SC | 29224 | 21-Dec-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1500 | $3,075.00 | Larry R. Newnam | | Rt. 5, 211 F | Temple | TX | 76501 | 5-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1552 | $2,050.00 | Larry W. Trader | | 1712 8th Ave. N., #B | Pleasanner | AL | 35209 | 14-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1061 | $5.00 | Lawrence F. Groveti | | 11122 Monthy Lane #3 | Moab | UT | 84532 | 10-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 864 | $492.38 | Lawrence Knapp | | 234 Kittner Ave. | Morrow | OH | 45152 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 2274 | $3,953.00 | Leon T. Abernathy | | 3106 Candides | St. Ann | MO | 63074 | 24-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1600 | $2,555.00 | Leslie Ray Butler | | 5106 Libary | Fort Worth | TX | 76107 | 14-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 402 | $1,945.00 | Linda Gaines | | Route #2, Box 572F | Graceville | FL | 32419 | 14-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1867 | $570.20 | Liquid Air Corp., dba Mid-Florida Corporation | | 933 Lee Rd. | Orlando | FL | 32810 | 10-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 013 | $764.16 | Lisa Bledsoe | | 3512 Richardson Rd. | Independence | KY | 41051 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 109h | $0.00 | Lloyd W. Johnson | | 2501 W. Adams | Phoenix | AZ | 85009 | 20-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1160 | $5.00 | Lorraine McCrory | | 2205 Pleasant Hill Rd. | College Park | GA | 30349 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 2159 | $1,241.54 | Louis E. Davis | | 2616 Mifland Dr. | Texarkana | TX | 75501 | 10-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 2258 | $909.75 | Lowell K. Lowry | | 2116 Winchell Ave., Apt. 3 | Montgomery | AL | 36107 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1246 | $765.00 | Lucy Cardone | | PPO AE | | | 09772 | 30-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 622 | $2,720.00 | Lyle E. Lieber | | 32 Radington Ct. | W. Carrollton | OH | 45449 | 15-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 412 | $49,249.15 | Marcus-Jemmeson Tampa, Florida II Partnership d/b/a Bumper Inn Tampa | | 2132 W. Wisconsin Ave. | Milwaukee | WI | 53233 | 15-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1332 | $1,655.93 | Mark J. Ryans | | 341 N. Glenwood | Niles | AZ | 85213 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1601 | $517.70 | Mark Leek | | 3144 Rhemmingdale Drive | Sheridan | FL | 32011 | 10-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 392 | $881.25 | Mark T. Clugg | | P.O. Box 118 | Pennsburg | PA | 18073 | 20-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| R60 | $1,045.00 | Marvin Duncan | | Route 1, Box 4 | Tennerson | GA | 30524 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1642 | $1,055.00 | Marvin W. Tiecker | | P.O. Box 656 | Woodruff | SC | 29388 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 470 | $2,150.00 | Mary C. Dawley | | 1005 Oakwood Rd. | Rochester | NY | 14618 | 16-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1429h | $2,502.55 | Mary Jean Cheer | | Route 1, Box 420 | Florence | AL | 35630 | 15-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1081 | $2,027.00 | Mary T. Paxenson | | 2211 Walpin Dr. | Andreson | IN | 46016 | 15-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1062 | $2,525.00 | Maurice Jamiesen | | Rt. 1 Box 71C904 | Dallas | TX | 75371 | 14-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1203 | $104.19 | Melton E. Renz | | Rt. 1 Box 2592 | Presite | FL | 32350 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1040 | $1,102.10 | Melvin L. Davis | | Rt. 1 Box 1170 | Albaqudeltua | GA | 31715 | 15-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 604 | $505.25 | Merrimon, Patterson & Allison | | P.O. Drawer 4297 | Longview | TX | 75601 | 14-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1401 | $182.00 | Michael C. Mullen | | 3417 Ashton Dr. | Shreveport | LA | 71105 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1072 | $917.70 | Michael Eugene Gamble | | RD1, Box 363 | Duhols | PA | 15801 | 22-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 137 | $209.25 | Michael J. Moore | | 208 F. 6th | Taxomingo | OK | 73460 | 15-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 691B | $1,945.00 | Michael L. Hevea | | Rt. 1 Box 115C Travis Drive Dr. | Valdosta | GA | 31602 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 105th | $1,277.14 | Michael Lee Pertitrew | | 4071 N Queen Ann Way, Apt. 2 | Saginaw | MI | 48603 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1450 | $508.25 | Michael R. Owens | | P.O. Box 403 | Reasner | WV | 26615 | 17-Dec-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1156 | $10.00 | Michael Tarver | | P.O. Box 404 | Tabiller | MI | 20460 | 6-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 192 | $105.50 | Michael Valpei | | 1021 Old Village Way | Oldsmar | FL | 34677 | | No Response Received | Y | N | N/A | N/A - no check mailed |
| 117h | $1,045.00 | Mike Greene | | Rt 5 Box 54 | Cleveland | TX | 77327 | 11-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1704 | $4,115.00 | Millage Jackson | | 027 Rarker Rd. | Thompson | GA | 30824 | 8-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1p | $90.00 | Monongahela Power Company | | 1009 Cochin Hill Drive | Greensburg | PA | 15601 | | No Response Received | Y | N | N/A | N/A - no check mailed |
| 2034 | $1,923.00 | Monte Holten | | 1019 E. Emerson | Mande | IN | 47303 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 2064 | $917.70 | Ms. Carrie L. Southerland | | P.O. Box 1187 | Haysvillie | WV | 25401 | 3-Dec-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1052 | $1,294.02 | Nate J. Provost | | 775 Hwy. 138, #030 | Johnsbern | GA | 30236 | 11-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1337 | $2,350.00 | Nancy A. Dyer | | 24232 Holland-Syhwaria Rd., #214 | Marumee | OH | 43537 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1rd | $1,170.70 | Nancy Patillo | | 800 Timber Bay Circle, East | Oldsmar | FL | 34677 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 119bl | $1,045.00 | Naomi D. Houghton | | 1050 Pelmetto Ave., #1 | Lake Wales | FL | 30853 | 14-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 2070 | $310.00 | Nathanial V. Harris | | P.O. Box 4871 | Ft. Walton Beach | FL | 32549 | 16-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1745 | $100.48 | Nathaniel Weel | | 64 Port Dole Blvd | Stadman | PA | 25579 | 11-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 770 | $5,077.00 | Nivita Wans | | 7705 Pine St. | Haynesville | AL | 36040 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 239 | $3,045.00 | Parker F. Potter | | 1150 S. 2nd Apt. 11 | Ripley | OH | 45167 | 12-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 400 | $944.75 | Patrick L. Furey | | 301 N. H St., (Corn) | Lake Worth | FL | 33460 | 12-Dec-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 1500 | $917.70 | Paul Grtjes | | 64 Griffin Rd. | Jakrison | KY | 41339 | 14-Nov-13 | Return to Sender | Y | N | N/A | N/A - no check mailed |
| 151 | $1,697.25 | Paula Vest | | 921 Old Village Way | Oldsmar | FL | 34677 | | No Response Received | N | N | N/A | N/A - no check mailed |


UNITED SCHOOLS, INC. REGISTRY OF CANNOT PAY OR CHECKS NOT CASHED

| CLAIM NO. | AMOUNT OF ALLOWED CLAIM | NAME OF CLAIMANT | C/O | ADDRESS 1 | CITY | STATE | ZIP CODE | RESPONSE RCC'D DATE | MAILING RECEIPT STATUS | PRIOR W-9 ON FILE YES/NO | CAN PAY YES/NO | CHECK STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1100 | $3,172.34 | Peter Krueger | | 4316 Swallowtail Drive | New Port Richey | FL | 34653 | | No Response Received | Y | N | N/A - no check mailed |
| 7/0 | $472.10 | Peterhill of Tampa Inc. | | P.O. Box 290371 | Tampa | FL | 33687 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 926 | $1,061.25 | Phillip L. Anderson | | 230A Washington St | Covington | KY | 41001 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 116 | $2,951.02 | Pitney Bowes Credit Corporation | | 201 Merritt Seven | Norwalk | CT | 06851 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 202 | $140.40 | Pitney Bowes, Inc. | | 1 Elmcroft (World Headquarters) | Norwalk | CT | 06856-0700 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 114 | $310.16 | Radio Shack, Division of Tandy Corp. | | P.O. Box 1052 | Fort Worth | TX | 76101 | 11-Nov-13 | No Response Received | Y | N | N/A - no check mailed |
| 1352 | $1,045.98 | Radio Station WPPI, Inc. | | 720 First National Bank Bldg | Middletown | OH | 45042 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1915 | $4,181.10 | Ralph McCormick | | P.O. Box 697 | Felicity | OH | 45120 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 3001 | $1,747.50 | Raymond L. Truman | | 1131 F. Marlowe | Indianapolis | IN | 46202 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1006 | $1,275.30 | Raymond Rudison | | 433 Harold St. | Crystal Lake | IL | 60014 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 17 | $2,150.00 | Raymond Stanford | | 2940 E. 30th Pl LH | Cleveland | OH | 44104 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1149 | $545.00 | Raymond V. Wyland | | RD 2 Box 169A | Belleville | PA | 17004 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1527 | $1,400.42 | Richard A. Adams | | Rt. 1, Box 407 | Crestview | FL | 32536 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1235 | $200.00 | Richard Carl Lee | | 2203 Vilasha Way | Dallas | TX | 75214 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1905 | $917.70 | Richard J. Gillogly | | 3654 Crabs Horn Dr. | Gainesville-Snellville | GA | 30247 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1044 | $1,045.00 | Richard O. Morrill | | P.O. Box 615 | Watthersville | GA | 31333 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 407 | $1,045.75 | Richard W. Fornase | | 1315 1/2 E. Main St. | Lumberton | OH | 45150 | 25-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2105 | $1,157.50 | Rick A. Brown | | 300 N. Young | Frankfort | IN | 46041 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1740 | $4,110.00 | Ricky B. Reinhardt | | 3166 River Oak Rd. | Augusta | GA | 30906 | 18-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1049 | $3,807.80 | Ricky J. Gilkeson | | Rt. #1, Box 11 | Wick | WV | 26149 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2007 | $3,572.75 | Ricky Williams | | Rt. 2, Box 296-A | Johnston | SC | 29832 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 771 | $2,720.29 | Rim & Wheel Services, Inc. | John Larry Powis, Esq. | 1014 Gest St. | Cincinnati | OH | 45203 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1201 | $5.00 | Robbie Windham | | P.O. Box 6094 | Longview | TX | 75608 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 13/0 | $907.77 | Robert Chambers | | 438 Park Pl. | Cheyenne | WY | 75001 | 22-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1051 | $1,214.00 | Robert H. Dinkle, IV | | 103-A East Bezik Pl. | Nogales | AZ | 85521 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 16 | $1,757.50 | Roland J. Schaffner | | 5510 Hillside Ave. | Cincinnati | OH | 45233 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1903 | $3,395.40 | Robert Murphy | | 2741 52nd St. | Dallas | TX | 75216 | 22-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 11076 | $5,100.00 | Robert R. Hitt | | 7070 Shady Oak Trail, #706 | Charlotte | NC | 28210 | 20-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1100 | $1,045.00 | Robert Sterling | | Route D Box 118 | Williamville | NC | 25160 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 26 | $1,045.00 | Robert W. Gockrelle | | P.O. Box 151 | Sandstone | VA | 23150 | 25-Jul-14 | Return to Sender | Y | N | N/A - no check mailed |
| 4R3 | $207.15 | Robert W. McDonald | | Rt. 1 Box 285 | Belmont | MO | 39827 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 101 | $1,045.00 | Roger Derksen | | R143 Pleasantdale Terr. | Fairfield | OH | 45014 | 24-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1481 | $1,457.00 | Roger R. Vermonia | | 6454 Belfast Spr. Rd. | Chandler | AL | 36271 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 17051 | $1,246.40 | Ronnie D. Jones | | Rt. 5 Hwy 295-A | Jay | OK | 74340 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1905 | $1,045.00 | Ronnie H. Crews | | Rt. 5 Box 44 | Booneville | MS | 38829 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 570 | $100.40 | Salvatore Corporale, Jr. | | P.O. Box 4 | Gibson | TN | 38338 | 9-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2831-0 | $2,865.00 | Sam Batson | | 1191 Cincle Dr Fast | Quincy | FL | 34081 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1395 | $441.59 | Sam Bailey, Jr. | | 3110 NE 19th St. | Ocala | FL | 34770 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1030 | $1,350.00 | Sam Robolohan | | 5305 NF 2nd Pl. | Pineville | SC | 29406 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 741 | $286.25 | Sandra M. Bigham | | 5098 Sandy Lane, #A | Destin | FL | 30870 | 15-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 124 | $505.48 | Saveron Corporation | | 1361 Valencia Avenue | Cincinnati | OH | 45229 | 11-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 12RH | $100.00 | Scott A. Matweith | | Rd 4 Box 4704 | Tustin | CA | 92680 | | No Response Received | Y | N | N/A - no check mailed |
| RR1 | $290.30 | Scotty's Paint Supply | | 4810 N. Lois Ave. | Hatsboro | PA | 19001 | 12-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 593 | $100.70 | Scotty's, Inc. | | P.O. Dwr 939 | Tampa | FL | 33614 | 13-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1274 | $2,230.76 | Sean Marquis Burke | | 1452 Flamingo Dr. | Winter Haven | FL | 33880 | 9-Dec-13 | Return to Sender | Y | N | N/A - no check mailed |
| 1901 | $1,395.00 | Sharon A. Oltman | | Evergreen #97, 2500 N. Parkis Ave | Mt. Morris | MI | 48458 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |
| 2225 | $1,045.00 | Sharon S. Jamerson | | P.O. Box 2239 | Alamagordo | NM | 88310 | 14-Nov-13 | Return to Sender | Y | N | N/A - no check mailed |