FILED VIA MAIL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

APR 18 2016

CLERK US
MIDDLE

In Re: United Schools ) Case No. 89-BK-08194
)
)
)
)
Debtor(s) )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ____ creditor ✓ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: _____

---

Name of Claimant: Edward M Williams

Mailing Address: 1161 Pat Station Rd

City: Starkville   State: Ms   Zip Code: 39759

Telephone Number: Home: 662-401-4602 Work: _____

Last Four Digits of SS# or Tax ID Number: 4315

Amount of Claim: $ 7422.33

---

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_E. M. Williams_                          4-15-16
CLAIMANT'S SIGNATURE                      DATE

