FILED
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
APR 18 2016

In Re:  _CLERK_  )  Case No.
_MIDDLE DIST OF FLORIDA_  )
_TAMPA FLORIDA_  )  **8:89-bk-08194-CPM**
  )
  )
Debtor(s) United Schools, Inc.  )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ✓ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: **This money is owed to me.**

---

Name of Claimant: **Robert Allen Frost**

Mailing Address: **26610 South Lemon Avenue**

City: **Queen Creek**  State: **AZ**  Zip Code: **85142**

Telephone Number: Home: **602-810-6804**  Work: **Same**

Last Four Digits of SS# or Tax ID Number: **8433**

Amount of Claim: **2,680.00**

---

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_/s/ Robert Allen Frost_                                    **4-14-2016**
CLAIMANT'S SIGNATURE                                       DATE

## INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of __AZ__

County of __Maricopa__  } ss.

On this the __14__ day of __April__, __2016__, before me,
__William Parsons__,
*Name of Notary Public*
the undersigned Notary Public,

personally appeared __Robert Allen Frost__,
*Name(s) of Signer(s)*

☐ personally known to me – OR –

☑ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

[Notary Seal: WILLIAM PARSONS, Notary Public - Arizona, Maricopa County, My Comm. Expires Sep 13, 2017]

__William Parsons__
*Signature of Notary Public*

*Place Notary Seal/Stamp Above*

*Any Other Required Information*
*(Printed Name of Notary, Expiration Date, etc.)*

---

*INFORMATION IN AREAS 1-4 REQUIRED IN ARIZONA. OPTIONAL IN OTHER STATES.*

**Description of Any Attached Document**

1 Title or Type of Document: __Motion for Payment Unclaimed Funds__

2 Document Date: __4-14-16__    3 Number of Pages: __2 and__

4 Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

© 2011 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #25936

