April, 16th 2016



United States Bankruptcy Court
801 N, Florida Ave.,
Tampa, Florida  33602

Looking through the unclaimed funds in the state of Florida I have found funds owed to me that was settled in Bankruptcy court regarding United Schools, Inc.
Your listing shows William Mohr for my name but my name is Willis Mohr and the mailing address was at the time P.O. Box 1474, Fair Oaks, Ca.  95628. I do not know when or if a notice was sent (I did not get it) to me but I had that box until 2001.  I think the bankruptcy is related to the United Schools filing in 1989.
United Schools owed me a lot more than the $4,178.00 but apparently that is all that was left for me after paying other s.
I live less than three miles from this Post Office noted above and the office that I set up for United Schools is across the street from this Post Office. I never received one cent from United.  They left me stranded with employees not paid and a building lease.  I flew to Tampa and set up financing for them in California which they misused and did not place people after graduation.
You may need my signature notarized, so please advice. I have no idea why your listing shows my name as William Mohr.

Case # 8:89-bk-08194-cpm -  $4,178.00
Willis Francis Mohr
7828 Beaupre Way
Citrus Heights, Ca.  95610
Cell - 916-508-6195

If you wish to check me out further:
I'm a Real Estate Broker, California Lic# 01091749. Bureau of Real Este State of California
Company Lock Smith License, LOC 1351, California Department of Security and Investigative services


Willis Francis Mohr
*Willis Francis Mohr* (signature)









LIFE MEMBER

*Willis F Mohr*
0403514073167

Chapter **RAY CLARK #36**
Member Since **2015**

DAV®
DISABLED AMERICAN VETERANS
TO THE MEN AND WOMEN WHO SERVED

BUREAU OF SECURITY & INVESTIGATIVE SERVICES
P.O. BOX 989002
WEST SACRAMENTO, CA 95798-9002
(916) 322-4000
Locksmith

MANAGER/OWNER OF
MOHR PROFESSIONAL LOCKSMITHING
WILLIS FRANCIS MOHR
7828 BEAUPRE WAY
CITRUS HEIGHTS CA 95610
License No: LCO 1351    Expiration: 02/28/18

Signature
RECEIPT NO. 8357064

Department of
Veterans Affairs
Sacramento VA Medical Center
10535 HOSPITAL WAY
MATHER, CA 95655-4200

We put
Veterans first!

87
WILLIS F MOHR
7828 BEAUPRE WAY
CITRUS HTS, CA 95610-4504-

Presorted
First Class Mail
U.S. Postage
**PAID**
Permit No. 53
ZIP 95660

# ENERGY STATEMENT

www.pge.com/MyEnergy

Account No: 5636805596-0
Statement Date: 03/29/2016
Due Date: 04/19/2016

## Service For:
WILLIS F MOHR
PATRICIA MOHR
7828 BEAUPRE WAY
CITRUS HEIGHTS, CA 95610

## Questions about your bill?
24 hours per day, 7 days per week
Phone: 1-800-743-5000
www.pge.com/MyEnergy

**Local Office Address**
5555 FLORIN PERKINS RD
SACRAMENTO, CA 95826

## Important Messages

**CARE Program** You may qualify for a monthly discount with the California Alternate Rates for Energy (CARE) Program. To find out more and apply online, visit **www.pge.com/care**.

Usted podría reunir los requisitos de un descuento mensual con el California Alternate Rates for Energy Program (CARE). Para obtener más información y hacer su solicitud en Internet, visite **www.pge.com/espanol/care**.

## Your Account Summary

| | |
|---|---|
| Amount Due on Previous Statement | $76.18 |
| Payment(s) Received Since Last Statement | -76.18 |
| Previous Unpaid Balance | $0.00 |
| Current Gas Charges | $46.09 |

**Total Amount Due by 04/19/2016    $46.09**

### Gas Monthly Billing History

$160
$120
$80
$40
$0
2015 3/31 4/30 5/31 6/30 7/29 8/28 9/29 10/28 11/29 12/29 1/28 2/28 3/29 2016

*Visit www.pge.com/MyEnergy for a detailed bill comparison*

**Daily Usage Comparison**
| 1 Year Ago | Last Period | Current Period |
|---|---|---|
| 1.03 | 1.90 | 1.35 |

Gas Therms / Day

