UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re: United School Inc )
 )   Case No. 8:89-bk-08194-CMP
 )
 )
 )
Debtor(s) )
 )

FILED
APR 22 2016
CLERK, U.S. BANKRUPTCY
TAMPA, FL

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ____ creditor _X_ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: I payed them money to go school the United School Inc did Bankruptcy before I could go to school.

Name of Claimant: Debra A Thrall

Mailing Address: PO Box 1002

City: Parma   State: Id   Zip Code: 83660

Telephone Number: Home: 208 936 8007   Work: _____

Last Four Digits of SS# or Tax ID Number: 498643252

Amount of Claim: $917.70

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_Debra A Thrall_
CLAIMANT'S SIGNATURE

4-19-2016
DATE