UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re: UNITED SCHOOL INC )
)   Case No.
)   8: 89-BK-08194-CPM
)
)
Debtor(s)     )

MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ✓ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: I never Received a check for Refund it is owed to me.

Name of Claimant: JEFFREY KAPELLEN

Mailing Address: 219 W. CALLE DE LAS TIENDAS, STE A

City: GREEN VALLEY   State: AZ   Zip Code: 85614-4343

Telephone Number: Home: CELL 520-429-2565   Work: _____

Last Four Digits of SS# or Tax ID Number: 9273

Amount of Claim: $ 2120.00

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____        4/19/16
CLAIMANT'S SIGNATURE                              DATE

ELIZABETH RUELAS
NOTARY PUBLIC - ARIZONA
PIMA COUNTY
My Commission Expires
November 27, 2017