# United States Bankruptcy Court
## Middle District of Florida

In Re:

**United Schools, Inc.**

Bankruptcy Case No. **8:89-bk-08194-CPM**

Chapter 11

Debtor(s)

## Motion For Payment of Unclaimed Funds
### Under 28 U.S.C. Section 2042

Applicant, **ADAMS & COHEN**, applies to this court for entry of an order directing the clerk of the court to remit to applicant the sum of **$1,718.75**, said funds having deposited into the Treasury of the United States pursuant to 28 U.S.C. Section 2041 as unclaimed funds for claimant **Phillip E Hayden**, applicant further states that:

1. Applicant is a "funds locator" who has been retained by the claimant. Applicant has obtained an original **"power of attorney"** from the individual claimant named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form is attached and made part of this Motion.**
2. Applicant has provided notice of this Motion to the U.S. Attorney and U.S. Trustee pursuant to 28 U.S.C. Section 2042. A Certificate of Service is attached to this Motion.
3. The Claimant is entitled to these funds because they legally and rightfully belong to him/her.

Dated: 4-22-16

Phillip E Hayden (SSN x-9017)
Name of Original Claimant
5778 S Como Road
Portland IN 47371
Telephone: (260) 703-8180
Claimant's Current Address

Signature of Applicant
Jairo Camargo/   Manager
Name and Title of Applicant
**ADAMS & COHEN**
Company Name
P.O. Box 546293
Miami Beach, FL 33154
Company Address
Phone: (888) 978-9990

# United States Bankruptcy Court
# Middle District of Florida

In Re:

**United Schools, Inc.**

Bankruptcy Case No. **8:89-bk-08194-CPM**

Chapter 11

Debtor(s)

## CERTIFICATE OF SERVICE

Notice is hereby given that on __4-22-16__, a copy of the Motion for Payment of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee, per 28 U.S.C., Section 2042, at the following addresses by U.S. Mail:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

_____
Jairo Camargo
ADAMS & COHEN

# LIMITED POWER OF ATTORNEY
### (For one transaction only)

I, **Phillip E. Hayden** ("CLIENT") appoints **Adams & Cohen** ("A&C") as its lawful attorney-in-fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount **$1,718.75** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds held by a governmental agency or authority.

CLIENT grants to A&C the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the government agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT less the fee payable to A&C pursuant to and in accordance with its agreement with CLIENT.

A&C may not make any expenditure or incur any costs on behalf of CLIENT.

This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds and shall become effective on the date signed and will expire upon collection of the above-mentioned FUNDS. I authorize the use of a photocopy of this Power of Attorney, in lieu of the original.

I do hereby certify that the foregoing is true and correct.

_Phillip H Hayden_
Signature

===============================================================================

## NOTARY ACKNOWLEDGMENT

State of _INDIANA_

County of _Delaware_

SUBSCRIBED AND SWORN on the _16_ day of _April_, 2016 before me, personally appeared _Phillip Hayden_, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification provided by the above named was:** _Drivers License_
_8933-50-6715_

WITNESS my hand and official seal,

Signature _Charles Ellsworth_
Notary Public

My commission expires:

_Feb. 19, 2024_

