UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re: United Schools Inc )   Case No. 8:89-BK-08194-CPM
)
)
)
)
Debtor(s)                                )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ✓ creditor ___ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: Paid for School and United Schools Filed for bankruptcy leaving me to pay for Student loan

Name of Claimant: Steven J. Whitehouse

Mailing Address: 4166 S. 6660 W.

City: West Valley City   State: ut   Zip Code: 84128

Telephone Number: Home: 801-252-0766   Work: 385-232-5240

Last Four Digits of SS# or Tax ID Number: 0896

Amount of Claim: $1,685.00

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____         4/20/16
CLAIMANT'S SIGNATURE                              DATE

Steven Whitehouse appeared before me on April 20th 2016.
State of Utah
County of Salt Lake   Taren Rae Boyt

TAREN RAE BOYT
NOTARY PUBLIC - STATE OF UTAH
My Comm. Exp. 03/29/2017
Commission # 665135