FILED

# United States Bankruptcy Court
## Middle District of Florida

2016 MAY -4 P 3: 54

CLERK U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

United Schools, Inc.

Bankruptcy Case No. 8:89-bk-08194-CPM

Chapter 11

Debtor(s)

## Motion For Payment of Unclaimed Funds
### Under 28 U.S.C. Section 2042

Applicant, THE MONEY COMPANY, applies to this court for entry of an order directing the Clerk of the Court to remit to Applicant the sum of $2,622.50, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. Section 2041 as unclaimed funds for claimant, Thomas E. Craft. Applicant further states that:

1. Applicant is a "funds locator" who has been retained by the claimant. Applicant has obtained an original "limited power of attorney" from the individual named as the claimant in the notice of deposit of funds into the court. This original "limited power of attorney", conforming to the Official Bankruptcy Form, is attached and made part of this Motion.
2. Applicant has provided notice of this Motion to the U.S. Attorney and U.S. Trustee pursuant to 28 U.S.C. Section 2042. A Certificate of Service is attached to this Motion.
3. The Claimant is entitled to these funds because they legally and rightfully belong to him/her.

Dated: 5/4/16

Thomas E. Craft (SSN x-5015)
Name of Original Claimant
4717 King Rd.
Meridian, MS 39305
Telephone: (601) 483-2161
(Claimant's Current Address)

Signature of Applicant
Anthony N. Amico, Manager
Name and Title of Applicant
**THE MONEY COMPANY**
4600 140th Ave. North, Suite 210
Clearwater, FL 33762
Phone: (800)577-1676

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

RE: UNITED SCHOOLS, INC.            )
                                    )   Case: 8:89-bk-08194-CPM
                                    )
                                    )   AUTHORITY TO ACT
                                    )   Limited Power of Attorney
         Debtor(s)                  )   LIMITED TO ONE TRANSACTION

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Thomas Craft** ("CLIENT"), appoints **The Money Company LLC.** ("TMC"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$2,622.50** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to TMC the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority.

3. TMC may not make any expenditure or incur any cost or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

SIGNED _____         _4/11/_____, 20_16_
         Thomas Craft                                Date

SS# XXX-XX-_5015_

ACKNOWLEDGMENT

STATE OF Mississippi            COUNTY OF Lauderdale

The foregoing instrument was acknowledged before me this _11TH_ day of _APRIL_, _2016_, before me, the undersigned Notary Public in and for the said County and State, personally appeared _THOMAS CRAFT_ personally known to me or has produced _MS ID_ as identification and did take an oath to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _____

Residing at _MERIDIAN, MS 39305_

My Commission expires _May 28, 2019_

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 69972, JOSEPH W. SCOTT, Commission Expires May 28, 2019, LAUDERDALE CO.]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case: 8:89-bk-08194-CPM
NOTARIZED SIGNATURE

### USED ONLY FOR THE COLLECTION OF FUNDS FROM THE ABOVE REFERENCED CASE

1. **Thomas Craft** ("CLIENT"), appoints **The Money Company LLC.** ("TMC"), to use this Notarized Signature as required by the United States Bankruptcy Court Middle District of Florida for the limited purpose of recovering, receiving and obtaining the tender of funds in the amount of **$2,622.50** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority in connection with the case listed above.

2. CLIENT grants to TMC the authority to do all things legally permissible and reasonably necessary to recover or obtain these FUNDS.

3. TMC may not make any expenditure or incur any cost or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to use this Notarized Signature shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Notarized Signature in addition to the use of the original.

SIGNED _/s/ Thomas Craft_        _4/11_, 20 _16_
            Thomas Craft                     Date

SS:# XXX-XX-_5015_

ACKNOWLEDGMENT

STATE OF Mississippi            COUNTY OF Lauderdale

The foregoing Signature I have witnessed and have seen proof of I.D. before me this _11th_ day of _APRIL_, _2016_, before me, the undersigned Notary Public in and for the said County and State, personally appeared _THOMAS CRAFT_ personally known to me or has produced _MS ID_ as identification and did take an oath to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WHITNESS my hand and official seal.
NOTARY PUBLIC _/s/_
Residing at _MERIDIAN, MS 39305_
My Commission expires _May 28, 2019_

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 69972, JOSEPH W. SCOTT, Commission Expires May 28, 2019, LAUDERDALE COUNTY]

# United States Bankruptcy Court
## Middle District of Florida

In Re:

United Schools, Inc.

Bankruptcy Case No. 8:89-bk-08194-CPM

Chapter 11

Debtor(s)

## CERTIFICATE OF SERVICE

Notice is hereby given that on ___5/4/16___, a copy of the Motion for Payment of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee, per 28 U.S.C., Section 2042, at the following addresses by U.S. Mail:

U.S. Attorney
Attn: Civil Procedures Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602

U.S. Trustee
501 E. Polk Street, Suite 1200
Tampa, FL 33602

_____
Anthony N. Amico
THE MONEY COMPANY