**[Dodmuf]** [District Order Denying Motion for Unclaimed Funds]

ORDERED.

**Dated: June 20, 2016**

Catherine M. McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                          Case No. 8:89−bk−08194−CPM
                                                                        Chapter 11

United Schools Inc.

_____ Debtor* _____ /

### *ORDER DENYING MOTION FOR UNCLAIMED FUNDS*

   THIS CASE came on for consideration of the Motion for Unclaimed Funds (the "Motion") filed by Alliance Research & Recovery, Inc. on behalf of Troy D. Oliver on May 16, 2016 (Doc No. 768 ). The Motion fails to fulfill the requirements of 28 U.S.C. § 2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

☐   Proof of service upon the United States Attorney at Attn: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602 was not provided.

☐   The last four digits of the claimant's Social Security Number or Tax Identification Number were not provided.

☑   An Internal Revenue Service Form W−9 for the claimant was not provided.

☐   A copy of the individual claimant's driver's license was not provided.

☐   A notarized signature of the claimant was not provided.

☐   Claimant's name, address and telephone number were not provided.

☐   No explanation of the right of the claimant to the unclaimed funds was provided.

☐   The Movant did not supply a notarized original Power of Attorney.

☐   The Corporate claimant failed to provide a corporate power of attorney signed by an officer of the company and a statement of the signing officer's authority.

☐ The Movant did not supply a certified copy of the decedent's death certificate and/or certified copies of all probate documents that substantiate the right to act on behalf of the decedent's estate.

☐ The Movant did not supply sufficient documentation evidencing the transfer of the claim or proof of purchase/sale of the assets.

☐ The amount of funds requested does not match the amount held in the court registry.

☐ There are no funds on deposit in the name of the movant.

☐ Other

Accordingly, it is

**ORDERED:**

That the Motion for Payment of Unclaimed Funds filed by Alliance Research & Recovery, Inc., on behalf of Troy D. Oliver is denied.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.