[Dodmuf] [District Order Denying Motion for Unclaimed Funds]

ORDERED.

**Dated: June 20, 2016**

*Catherine McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:   Case No. 8:89–bk–08194–CPM
  Chapter 11

United Schools Inc.

_____Debtor*_____/

### ORDER DENYING MOTION FOR UNCLAIMED FUNDS

THIS CASE came on for consideration of the Motion for Unclaimed Funds (the "Motion") filed by Alliance Research & Recovery, Inc., on behalf of Mary Joan Oliver on May 16, 2016 (Doc No. 770 ). The Motion fails to fulfill the requirements of 28 U.S.C. § 2042 and the financial guidelines for the U.S. Bankruptcy Court, Middle District of Florida as follows:

☐ Proof of service upon the United States Attorney at Attn: Civil Process Clerk, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602 was not provided.

☐ The last four digits of the claimant's Social Security Number or Tax Identification Number were not provided.

☑ An Internal Revenue Service Form W–9 for the claimant was not provided.

☐ A copy of the individual claimant's driver's license was not provided.

☐ A notarized signature of the claimant was not provided.

☐ Claimant's name, address and telephone number were not provided.

☐ No explanation of the right of the claimant to the unclaimed funds was provided.

☐ The Movant did not supply a notarized original Power of Attorney.

☐ The Corporate claimant failed to provide a corporate power of attorney signed by an officer of the company and a statement of the signing officer's authority.

☐ The Movant did not supply a certified copy of the decedent's death certificate and/or certified copies of all probate documents that substantiate the right to act on behalf of the decedent's estate.

☐ The Movant did not supply sufficient documentation evidencing the transfer of the claim or proof of purchase/sale of the assets.

☐ The amount of funds requested does not match the amount held in the court registry.

☐ There are no funds on deposit in the name of the movant.

☐ Other

Accordingly, it is

**ORDERED:**

That the Motion for Payment of Unclaimed Funds filed by Alliance Research & Recovery, Inc., on behalf of Mary Joan Oliver is denied.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.