Fill in this Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | | United Schools Inc. | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

Filed Via Mail
JUN 21 2022
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION
2 Pages Scanned by CT

United States Bankruptcy Court for the: Middle  District of Florida
(State)

Case number: 8:89-bk-08194-CPM

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $1,246.00 |
|---|---|
| Claimant's Name: | Charles R McDowell |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 220 Spell Mincey Rd<br>Portal GA 30450<br>(912) 413-2365 |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

Local Form 127

4. **Notice to United States Attorney**

   ☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

   Office of the United States Attorney
   Middle District of Florida
   Civil Procedure Clerk
   400 N Tampa St, Ste 3200
   Tampa FL 33602

5. **Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 6-10-22

Signature of Applicant

Printed Name of Applicant: Charles R McDowell

Address: 220 Spell Mincey Rd, Portal GA 30450

Telephone: (912) 413-2365

Email:

5. **Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

6. **Notarization**
STATE OF Georgia
COUNTY OF Bulloch

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this 10th day of June, 20 22 by

Charles R McDowell

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public Jackson Brown

My commission expires: 3-14-2026

(Seal: JACKSON BROWN, NOTARY PUBLIC, Comm. Exp. 03/14/26, BULLOCH COUNTY, GA)

6. **Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20 ____ by

_____

who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____

My commission expires: